# DISCOVERY PLAN WORKSHEET

| **Phase I (Pre-Settlement Discovery)** | |
|---|---|
| **Deadline for completion of Rule 26(a) initial disclosures and any HIPAA-complaint records authorizations:** | 14 days after Rule 26(f) |
| **Completion date for Phase I Discovery as agreed upon by the parties:** *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | October 16, 2018 |
| **Date for initial settlement conference:** *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | October 31, 2018 |
| **Phase II (Discovery and Motion Practice)** | |
| **Motion to join new parties or amend the pleadings:** *(Presumptively 15 days post initial settlement conference)* | November 15, 2018 |
| **First requests for production of documents and for interrogatories due by:** *(Presumptively 15 days post joining/amending)* | November 30, 2018 |
| **All fact discovery completed by:** *(Presumptively 3.5 months post first requests for documents/interrogatories)* | March 8, 2019 |
| **Exchange of expert reports completed by:** *(Presumptively 30 days post fact discovery)* | April 8, 2019 |
| **Expert depositions completed by:** *(Presumptively 30 days post expert reports)* | May 8, 2019 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Presumptively 9 months after Initial Conference)* | May 17, 2019 |
| **Final date to take first step in dispositive motion practice:** *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | June 17, 2019 |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No |